UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 13-101 |
| DEMETRIAS TEMPLE | SECTION "R" |

## **ORDER AND REASONS**

Before the Court is defendant Demetrias Temple's motion for a post-sentence downward departure.[1] For the following reasons, the motion is denied.

## I. BACKGROUND

On September 24, 2014, Temple pleaded guilty to one count of conspiracy to commit healthcare fraud, in violation of 18 U.S.C. § 1349.[2] On March 22, 2017, the Court sentenced Temple to 46 months imprisonment.[3] Temple now moves for a reduction in her sentence.[4] Temple argues that she has undergone "post-offense rehabilitative efforts," including completing

---

[1] R. Doc. 916.
[2] R. Doc. 112.
[3] R. Doc. 800.
[4] R. Doc. 916.

376 hours of a drug treatment program.[5] She further argues that she should be granted a reduced sentence because of her acceptance of responsibility and cooperation with law enforcement prior to sentencing.[6]

## II. DISCUSSION

Pursuant to 18 U.S.C. § 3582(b) and (c), a court may modify a term of imprisonment if permitted by Rule 35 of the Federal Rules of Criminal Procedure. 18 U.S.C. § 3582(c)(1)(B). Rule 35 provides that "upon the government's motion made more than one year after sentencing, the court may reduce a sentence." Fed. R. Crim. P. 35(b)(2). Here, because the government has not filed a Rule 35 motion, there are no grounds for the Court to modify Temple's sentence. Accordingly, Temple's motion is denied.

Further, to the extent Temple's motion could be construed as a challenge of the government's decision not to file a Rule 35(b) motion, the motion is still unavailing. The government's decision not to file a Rule 35(b) motion "is not reviewable unless it is based on an unconstitutional motive." *United States v. Woods*, 464 F. App'x 416, 416-17 (5th Cir. 2012) (per curium) (internal quotation marks omitted). This means Temple must show

---

5     *Id.* at 2.
6     *Id.* at 2-3.

that the government declined to file a Rule 35 motion based on "race, religion, or other arbitrary classification, including the exercise of protected statutory and constitutional rights." *Id.* at 416 (internal quotation marks omitted). Temple has made no such showing.

## III. CONCLUSION

For the foregoing reasons, Temple's motion is DENIED.

New Orleans, Louisiana, this __30th__ day of May, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE